# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. THOMPSON, JR., | : Civil No. 1:20-CV-00050 |
| Plaintiff, | : |
| v. | : Judge Jennifer P. Wilson |
| HARLEY-DAVIDSON MOTOR COMPANY, and INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, *et al.*, | : |
| Defendants. | : Magistrate Judge Martin C. Carlson |

## ORDER

**AND NOW**, on this 4th day of June, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The report and recommendation issued by United States Magistrate Judge Martin C. Carlson (Doc. 17) is **REJECTED**.

2. Plaintiff's objections (Doc. 18) are **SUSTAINED**.

3. Defendants' motions to dismiss (Docs. 2, 8, 12–13) are **DENIED AS MOOT**.

4. Plaintiff's motion to remand (Doc. 5) is **GRANTED**.

5. The Clerk of Court is directed to remand this case to the York County Court of Common Pleas. Upon effectuating the remand, the Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania